UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-CV-256

Name of party requesting extension: Environmental Systems Research Institute,

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 6/28/2010

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 8/18/2010   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Gail J. Standish; Peter E. Perkowski

State Bar No.: CA166334; CA199491

Firm Name: WINSTON & STRAWN LLP

Address: 333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543

Phone: 213-615-1700

Fax: 213-615-1750

Email: gstandish@winston.com; pperkowski@winston.com

A certificate of conference does not need to be filed with this unopposed application.