## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § § *Plaintiff*, § § v. § § COMPUWARE CORP., *et al.*, § § *Defendants*. § | Civil Action No. 6:10-CV-256 JURY TRIAL DEMANDED |

### ORDER DISMISSING DEFENDANT NETSUITE, INC. WITH PREJUDICE

Defendant NetSuite, Inc. shall be, and hereby is, DISMISSED WITH PREJUDICE.

Plaintiff Aloft Media, LLC and Defendant NetSuite, Inc. will each bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

**So ORDERED and SIGNED this 18th day of August, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**