# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | Civil Action No. 6:10-CV-256 |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| COMPUWARE CORP., *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

## ORDER DISMISSING DEFENDANT CONVERGYS CORPORATION WITH PREJUDICE

Defendant Convergys Corporation shall be, and hereby is, DISMISSED WITH PREJUDICE.

Plaintiff Aloft Media, LLC and Defendant Convergys Corporation will each bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

So ORDERED and SIGNED this 2nd day of September, 2010.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE