# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | Civil Action No. 6:10-CV-256-LED |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| COMPUWARE CORP., *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

## ORDER DISMISSING DEFENDANT MORNINGSTAR INC. WITH PREJUDICE

Defendant Morningstar Inc. shall be, and hereby is, DISMISSED WITH PREJUDICE.

Plaintiff Aloft Media, LLC and Defendant Morningstar Inc. will each bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

**So ORDERED and SIGNED this 26th day of October, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**