IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § § | |
|    *Plaintiff*, | § § | Civil Action No. 6:10-CV-256-LED |
| v. | § § § | |
| COMPUWARE CORP., *et al.*, | § § | JURY TRIAL DEMANDED |
|    *Defendants*. | § § | |

## NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Pursuant to the Court's Order dated July 27, 2010 (Dkt. No. 50), Plaintiff Aloft Media, LLC ("Aloft") files this notice that the case is ready for scheduling conference. All remaining Defendants have answered Aloft's Original Complaint for Patent Infringement (Dkt. No. 1). The following motions to dismiss are currently pending:

1. Joint Motion to Dismiss Defendant SAS Institute Inc. With Prejudice under Fed. R. Civ. P. 41(a)(2) (Dkt. No. 158), filed November 4, 2010, by Aloft and SAS Institute Inc.; and

2. Joint Motion to Dismiss Defendant Xerox Corporation Without Prejudice under Fed. R. Civ. P. 41(a)(2) (Dkt. No. 159), filed November 4, 2010, by Aloft and Xerox Corporation.

No motions to transfer have been filed.

The patents in suit in the present action are U.S. Patent Nos. 7,593,910 (the "'910 patent") and 7,596,538 (the "'538 patent"). In addition to the instant case, the '910 patent is currently being asserted in *Aloft Media, LLC v. Oracle Corp., et al.*, Civil Action No. 6:09-CV-

304-LED (E.D. Tex.), which is set for *Markman* hearing on January 13, 2011, and for trial on December 12, 2011. The '538 patent has not previously been asserted.

>Respectfully submitted,
>
>/s/ Eric M. Albritton
>
>Eric M. Albritton
>Texas Bar No. 00790215
>ema@emafirm.com
>Adam A. Biggs
>Texas Bar No. 24051753
>aab@emafirm.com
>Debra Coleman
>Texas Bar No. 24059595
>drc@emafirm.com
>Matthew C. Harris
>Texas Bar No. 24059904
>mch@emafirm.com
>ALBRITTON LAW FIRM
>P.O. Box 2649
>Longview, Texas 75606
>Telephone: (903) 757-8449
>Facsimile: (903) 758-7397
>
>Thomas John Ward, Jr.
>Texas Bar No. 00794818
>jw@jwfirm.com
>WARD & SMITH LAW FIRM
>P.O. Box 1231
>Longview, Texas 75606
>Telephone: (903) 757-6400
>Facsimile: (903) 757-2323
>
>Danny L. Williams
>Texas Bar No. 21518050
>danny@wmalaw.com
>J. Mike Amerson
>Texas Bar No. 01150025
>mike@wmalaw.com
>Jaison C. John
>Texas State Bar No. 24002351
>jjohn@wmalaw.com

2

        Christopher N. Cravey
        Texas Bar No. 24034398
        ccravey@wmalaw.com
        Matthew R. Rodgers
        Texas Bar No. 24041802
        mrodgers@wmalaw.com
        Michael A. Benefield
        Indiana Bar No. 24560-49
        mbenefield@wmalaw.com
        David Morehan
        Texas Bar No. 24065790
        dmorehan@wmalaw.com
        WILLIAMS, MORGAN & AMERSON, P.C.
        10333 Richmond, Suite 1100
        Houston, Texas 77042
        Telephone: (713) 934-7000
        Facsimile: (713) 934-7011

***Attorneys for Aloft Media, LLC***

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 15th day of November 2010.

                */s/ Eric M. Albritton*
                Eric M. Albritton