**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 6:10-CV-256-LED |
| v. | § § § | |
| COMPUWARE CORP., *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

### ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT XEROX CORPORATION WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(2)

Plaintiff Aloft Media, LLC ("Aloft") and Defendant Xerox Corporation's ("Xerox") Joint Motion to Dismiss Defendant Xerox Corporation Without Prejudice Under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED. All claims brought by Aloft against Xerox, and all claims, counterclaims and defenses made by Xerox against Aloft, are DISMISSED WITHOUT PREJUDICE.

Aloft and Xerox will each bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

So ORDERED and SIGNED this 15th day of November, 2010.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**