# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:10-CV-256-LED |
| v. | § § | |
| COMPUWARE CORP., *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

## ORDER

Plaintiff's Fifth Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Defendants Lawson Software, Inc. and Lawson Software Americas, Inc.'s Amended Counterclaims shall be, and hereby is, GRANTED. Aloft shall answer or otherwise respond to Lawson Software, Inc. and Lawson Software Americas, Inc.'s Amended Counterclaims no later than November 29, 2010.

**So ORDERED and SIGNED this 22nd day of November, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**