**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | |
|---|---|
| ALOFT MEDIA, LLC, § § *Plaintiff*, § § v. § § COMPUWARE CORP., *et al.*, § § *Defendants*. § | CIVIL ACTION NO. 6:10-CV-256-LED JURY TRIAL DEMANDED |

**ORDER DISMISSING DEFENDANT INFINERA CORPORATION WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(2)**

Plaintiff Aloft Media, LLC ("Aloft") and Defendant Infinera Corporation's ("Infinera") Joint Motion to Dismiss Defendant Infinera Corporation Without Prejudice Under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED. All claims brought by Aloft against Infinera, and all claims, counterclaims and defenses made by Infinera against Aloft, are hereby DISMISSED WITHOUT PREJUDICE.

Aloft and Infinera will each bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

**So ORDERED and SIGNED this 16th day of December, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**