IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 6:10-CV-256-LED |
| | § | |
| v. | § | |
| | § | |
| COMPUWARE CORP., *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

## ORDER DISMISSING DEFENDANT ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC. WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(2)

Plaintiff Aloft Media, LLC ("Aloft") and Defendant Environmental Systems Research Institute, Inc.'s ("ESRI") Joint Motion to Dismiss Defendant Environmental Systems Research Institute, Inc. With Prejudice Under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED. All claims brought by Aloft against ESRI, and all claims, counterclaims and defenses made by ESRI against Aloft, are DISMISSED WITH PREJUDICE.

Aloft and ESRI will each bear its own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

**So ORDERED and SIGNED this 21st day of December, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**