IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC | § § § | |
| Plaintiff | § § | |
| vs. | § § | CASE NO. 6:10cv256 |
| | § | PATENT CASE |
| COMPUWARE CORP., ET AL. | § § | |
| Defendants | § § § | |

**ORDER**

Comes now the Court and pursuant to the status conference held on January 4, 2011, orders that the following dates be incorporated into the Docket Control Order which is due by January 18, 2011. The parties should use the Davis Referral Docket Control Order from my website.

| | |
|---|---|
| *Markman* | October 6, 2011 at 9:00 a.m. before Judge John D. Love; |
| Pre-Trial Conference | August 23, 2012 at 9:00 a.m. before Judge John D. Love; |
| Jury Selection | September 4, 2012 at 9:00 a.m. before Judge Leonard Davis; and |
| Jury Trial | September 10, 2012 at 9:00 a.m. before Judge Leonard Davis. |

**So ORDERED and SIGNED this 7th day of January, 2011.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE