# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 6:10-CV-256-LED-JDL |
| | § | |
| v. | § | |
| | § | |
| COMPUWARE CORP., *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

## ORDER DISMISSING DEFENDANT VMWARE, INC. WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(2)

Plaintiff Aloft Media, LLC's Unopposed Motion to Dismiss Defendant VMWare, Inc. Without Prejudice under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED. Aloft's claims against VMware are hereby DISMISSED WITHOUT PREJUDICE, with Aloft and VMware each to bear their own costs, expenses and legal fees.

**So ORDERED and SIGNED this 26th day of January, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**