IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 6:10-CV-256-LED |
| v. | § § | |
| COMPUWARE CORP., *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

### ORDER DISMISSING DEFENDANT COMPUWARE CORPORATION WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(2)

The parties' Joint Motion to Dismiss Defendant Compuware Corporation ("Compuware") with Prejudice under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED. All claims asserted by and between Aloft Media, LLC ("Aloft") and Compuware in this action are hereby DISMISSED WITH PREJUDICE.

Aloft and Compuware will each bear their own costs, expenses and legal fees.

**So ORDERED and SIGNED this 10th day of February, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**